**Marshall Ray MILLER, Petitioner—
Appellant,**

v.

**Warden Stan BURT, Defendant—
Appellee.**

No. 07–7423.

United States Court of Appeals,
Fourth Circuit.

Submitted: Nov. 20, 2007.

Decided: Nov. 29, 2007.

Marshall Ray Miller, Appellant Pro Se.

Before NIEMEYER, TRAXLER, and
GREGORY, Circuit Judges.

Dismissed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Marshall Ray Miller, a state prisoner,
seeks to appeal the district court's order
accepting the recommendation of the mag-
istrate judge and denying relief on his 28
U.S.C. § 2241 (2000) petition.  The order
is not appealable unless a circuit justice or
judge issues a certificate of appealability.
28 U.S.C. § 2253(c)(1) (2000).  A certifi-
cate of appealability will not issue absent
"a substantial showing of the denial of a
constitutional right."  28 U.S.C.
§ 2253(c)(2) (2000).  A prisoner satisfies
this standard by demonstrating that rea-
sonable jurists would find that any assess-
ment of the constitutional claims by the
district court is debatable or wrong and
that any dispositive procedural ruling by

the district court is likewise debatable.
*Miller–El v. Cockrell,* 537 U.S. 322, 336–
38, 123 S.Ct. 1029, 154 L.Ed.2d 931 (2003);
*Slack v. McDaniel,* 529 U.S. 473, 484, 120
S.Ct. 1595, 146 L.Ed.2d 542 (2000); *Rose
v. Lee,* 252 F.3d 676, 683–84 (4th Cir.2001).
We have independently reviewed the rec-
ord and conclude that Miller has not made
the requisite showing.  Accordingly, we
deny a certificate of appealability and dis-
miss the appeal.  We dispense with oral
argument because the facts and legal con-
tentions are adequately presented in the
materials before the court and argument
would not aid the decisional process.

*DISMISSED.*